Points decided.

[No. 10,127.]

## THE PEOPLE *v.* CLARK.

49a 455
119 669
49 455
Case 1
148 744

NOTICE OF APPEAL.—A notice of appeal in a criminal case must be filed with the Clerk of the Court, and served on the attorney of the adverse party, either personally or by publication as directed in the Code.

APPEAL from County Court, San Bernardino County.

The facts are stated in the opinion.

*E. J. C. Kewen,* and *F. M. Conroy,* for the Appellant.

*Attorney-General Love,* for the People.

By the Court, McKINSTRY, J.:

In a criminal case an appeal is taken by filing with the Clerk of the Court below a notice of appeal, and serving the same (actually or constructively) on the "attorney of the adverse party," (Penal Code, sections 1,240, 1,241.)

The transcript submitted to us does not show that an appeal was perfected in the above entitled action; it contains no evidence of service of the notice of appeal.

Submission set aside and cause stricken from the calendar.